**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WINVIEW INC.,<br><br>Plaintiff,<br><br>v.<br><br>FANDUEL, INC.,<br><br>Defendant. | Civil Action No. 21-13807 (GC) (JTQ)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant FanDuel, Inc.'s Motion for Partial Dismissal of Plaintiff WinView Inc.'s First Amended Complaint (FAC) pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF No. 66.) Plaintiff opposed (ECF No. 69), and Defendant replied (ECF No. 70). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion, and other good cause shown,

**IT IS** on this 10th day of July 2025 **ORDERED** as follows:

1. Defendant's Motion to Dismiss (ECF No. 66) is **DENIED**.
2. The Clerk's Office is directed to **TERMINATE** the Defendant's Motion at ECF No. 66.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE