Katherine A. Escanlar
(kescanlar@saiber.com)
**SAIBER LLC**
7 Giralda Farms, Suite 360
Madison, NJ 07940
Tele: (973) 622-3333
Fax: (973) 622-3349

Richard Berman (Richard.Berman@afslaw.com)
Janine A. Carlan (Janine.Carlan@afslaw.com)
Kevin J. Spinella (Kevin.Spinella@afslaw.com)
Margherita A. Capolino
(Margherita.Capolino@afslaw.com)
**ARENTFOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Tele: (202) 857-6000
Fax: 202.857.6395

*Attorneys for Defendants FanDuel, Inc.,
FanDuel Group, Inc., FanDuel Group
Parent LLC, and Betfair Interactive US LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINVIEW IP HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>        v.<br><br>FANDUEL, INC., a Delaware corporation, FANDUEL GROUP, INC., a Delaware corporation, FANDUEL GROUP PARENT LLC, a Delaware corporation, and BETFAIR INTERACTIVE US LLC, a Delaware corporation,<br><br>        Defendants. | C.A. No. 3:21-cv-13807-GC-JTQ<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>**JURY TRIAL DEMANDED**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Motion Date: January 5, 2026**<br><br>*Document Filed Electronically* |

**TO:**    All Counsel of Record

      **PLEASE TAKE NOTICE** that on **Monday, January 5, 2026 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants FanDuel, Inc., FanDuel Group, Inc., FanDuel Group Parent LLC, and Betfair Interactive US LLC (collectively, "FanDuel"), by and through counsel herein, shall appear before the Honorable Georgette Castner, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and shall

1

move this Court for an Order dismissing Plaintiff WinView IP Holdings, LLC's ("WinView")
Second Amended Complaint (Dkt. No. 117) pursuant to Federal Rule of Civil Procedure 12(b)(6)
for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, FanDuel shall rely
upon its Brief, the Declaration of Kevin J. Spinella, Esq. (with exhibits), submitted concurrently
herewith, any Reply papers to be submitted, and oral argument, if any.  A proposed form of Order
is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that FanDuel requests oral argument if opposition
to this Motion is timely filed.

Dated: December 12, 2025                    Respectfully submitted,

                                           /s/ Katherine A. Escanlar
                                           Katherine A. Escanlar (kescanlar@saiber.com)
                                           **SAIBER LLC**
                                           7 Giralda Farms, Suite 360
                                           Madison, NJ 07940
                                           Tel: (973) 622-3333
                                           Fax: (973) 622-3349

                                           Of Counsel:
                                           Richard Berman (Richard.Berman@afslaw.com)
                                           Janine A. Carlan (Janine.Carlan@afslaw.com)
                                           Kevin J. Spinella (Kevin.Spinella@afslaw.com)
                                           Margherita A. Capolino
                                           (Margherita.Capolino@afslaw.com)
                                           **ARENTFOX SCHIFF LLP**
                                           1717 K Street, NW
                                           Washington, DC 20006-5344
                                           Tel: (202) 857-6000
                                           Fax: 202.857.6395

                                           *Attorneys for Defendants FanDuel, Inc.,*
                                           *FanDuel Group, Inc., FanDuel Group*
                                           *Parent LLC, and Betfair Interactive US LLC*

2