**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WINVIEW IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FANDUEL, INC., *et al.*,<br><br>Defendants. | Civil Action No. 21-13807 (GC) (JTQ)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendants FanDuel, Inc., FanDuel Group, Inc., FanDuel Group Parent LLC, and Betfair Interactive US LLC's (collectively, FanDuel) Motion to Dismiss Plaintiff WinView IP Holdings, LLC's (WinView) Second Amended Complaint (SAC) pursuant to Federal Rule of Civil Procedure (Rule) 12(b)(6). (ECF No. 123.) WinView opposed, (ECF No. 126), and FanDuel replied, (ECF No. 127). The Court has carefully reviewed the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the accompanying Opinion, and other good cause shown,

**IT IS** on this 9th day of June, 2026 **ORDERED** as follows:

1. FanDuel's Motion to Dismiss (ECF No. 123) the SAC is **GRANTED in part** and **DENIED in part.**

2. WinView's claim for direct infringement of the '543 patent shall proceed.

3. WinView's claim for direct infringement of the '988 patent shall proceed.

4. WinView's claims for (1) willful infringement and (2) indirect infringement as to the '543 patent and '988 patent are **DISMISSED** with prejudice.

5. The Clerk's Office is directed to **TERMINATE** FanDuel's Motion at ECF No. 123.

**GEORGETTE CASTNER**
**UNITED STATES DISTRICT JUDGE**